UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FEDERAL DEPOSIT INSURANCE )
CORP., AS RECEIVER FOR )
TENNESSEE COMMERCE BANK )
)
v. ) NO. 3:14-0370
) JUDGE CAMPBELL
WILLIAM HARRISON CRABTREE, JR., )
et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 21) regarding Plaintiff FDIC's Motion to Strike and Dismiss Certain Purported Counterclaims and Defenses of the Defendant (Docket No. 8). Defendant Crabtree has filed Objections (Docket No. 24) and Plaintiff FDIC has filed a Response (Docket No. 25).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, Objections, and Response and the file. The Objections of Defendant Crabtree are overruled, and the Report and Recommendation is adopted and approved.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE